**Order entered April 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00132-CV

### VOLLARA, LLC, ET AL., Appellants

### V.

### ENAGIC USA, INC., Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-00513**

## ORDER

We **GRANT** the April 22, 2014 motion of Renee Carroll, Official Court Reporter for the 116th Judicial District Court of Dallas County, Texas, for an extension of time to file the reporter's record.  The reporter's record shall be filed on or before **May 27, 2014**.

/s/      ADA BROWN
         JUSTICE